# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number <u>12–22040–led</u>**
**Chapter 7**
**Adversary Proceeding Number <u>13–01065–led</u>**
**Appeal Reference Number <u>14–05</u>**
**BAP Number <u>NV–14–1015</u>**
**USDC Number**

In re:
   GREGOR KOHN , Debtor(s)

---

MICHAEL DUDZINSKI, Plaintiff(s)

vs

GREGOR KOHN, Defendant(s)

---

GREGOR KOHN , Appellant(s)

vs

MICHAEL DUDZINSKI , Appellee(s)

---

### STATUS REPORT REGARDING RECORD ON APPEAL

TO:  CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE 9TH CIRCUIT
      U.S. TRUSTEE

The record on the above–entitled appeal has not been forwarded for the following reason(s):

- [x] No Designation of Record Filed

- [x] No Statement of Issues Filed

- [ ] No Notice Regarding Transcripts Filed

- [ ] No Reporter's Transcript Filed;
  Hearing Dates:

- [ ] Other:

Dated: 1/27/14

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court