UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

RECEIVED AND FILED

FEB 3 12 43 PM '14

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

FILED

FEB 03 2014

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

GREGOR KOHN

Debtor

GREGOR KOHN

Appellant

v.

MICHAEL DUDZINSKI

Appellee

BAP No.: **NV-14-1015**

Bk.Ct. Appeal Ref#: *14-05*
Bankr. No.: S-12-22040-LED
Adv. No.: 13-01065-LED
Chapter 7

February 3, 2014

### ORDER OF DISMISSAL

Court records indicate that Appellant filed an unopposed Motion to Dismiss this appeal.

The Motion to Dismiss is GRANTED and the appeal is **ORDERED DISMISSED**, pursuant to Fed. R. Bankr. P. 8001(c)(2).

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Filed and entered: February 3, 2014

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk (VINCENT J. BARBATO)
DATE: 02/03/14

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

By: Vincent Barbato, Deputy Clerk
Date: February 3, 2014